IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PENN MUTUAL LIFE INSURANCE COMPANY | : : : | CIVIL ACTION NO. 10-00625 |
| v. | : : | |
| BNC NATIONAL BANK, et al. | : | |

## ORDER

AND NOW, this 2nd day of September, 2010, in consideration of defendants' motion to dismiss and plaintiff's response, it is ORDERED that defendants' motions are DENIED. It is FURTHER ORDERED that the parties submit an agreed upon discovery schedule within fourteen (14) days of the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.